*Valli Kane & Vagnini*
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: 8-24-10

600 Old Country Road                                           Tel: 516-203-7180
Suite 519                                                      Fax: 516-706-0248
Garden City, NY 11530                                          www.vkvlawyers.com

August 20, 2010

**VIA FEDERAL EXPRESS**

Honorable Judge Deborah A. Batts
United State District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007



RE:   **Alonso et. al v. Uncle Jack's Steakhouse, Inc., et. al.
       S.D.N.Y. Case No. 08-CV-7813 (DAB)**

**MEMO ENDORSED**

Dear Judge Batts:

    We represent Defendants in the above captioned suit. We request that the deadline for discovery, currently set for August 31, 2010, be extended until October 15, 2010. This is the second request for adjournment of the discovery deadline, the first request having been made on May 14, 2010 and the first deadline being May 31, 2010. The prior request was joined in by all parties and was granted by Your Honor. Counsel for Plaintiffs has consented to this request.

*Granted /DAB/ 8-24-10*

    The reasons for this request lie in the complexity of the issues involved, the high volume of written discovery the parties have uncovered and exchanged and the difficulty in recovering the mostly electronic data. Many of the documents sought are maintained by third parties (payroll companies and point of sale companies). Similarly, a vast majority of the documents have been difficult to retrieve from Defendant's computer systems which are either no longer in use or need to be returned to the vendor for data recovery. Specifically, Defendant is working with the payroll company Paychex and the point of sale company Micros to recover old and sometimes corrupt data. This is an expensive and time consuming process. Finally, there has also been the issue relating to the representation of Defendant Borysowski which is still being addressed and has delayed the taking of his deposition.

*No Further Extensions*

**MEMO ENDORSED**