**MEMO ENDORSED**

# Valli Kane & Vagnini
### Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/10

600 Old Country Road  
Suite 519  
Garden City, NY 11530

Tel: 516-203-7180  
Fax: 516-706-0248  
www.vkvlawyers.com

September 29, 2010

**VIA FEDEX**  
Honorable Deborah A. Batts  
United States District Court  
500 Pearl Street, Room 2510  
New York, NY 10007

RECEIVED SEP 30 2010 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

Re:  **Alonso et. al v. Uncle Jack's Steakhouse, Inc., et al.**
**S.D.N.Y. Case No. 08-CV-7813 (DAB)**

Dear Judge Batts:

We represent Defendants in the above captioned matter. We write to request that a pre-motion conference be held pursuant to Local Civil Rule 37.2 relating to an impending motion to compel production.

We have served and requested that Plaintiffs and all Opt-in Plaintiffs provide unique responses to Interrogatories and Document Demands. Plaintiffs' counsel has informed us of his position that such production is not required. We believe that under the prevalent caselaw we are entitled to such production. See e.g., Krueger v. New York Tel. Co., 163 F.R.D. 446, 451 (S.D.N.Y. 1995) (granting individual discovery of 162 class members). *denied DAB 10/8/10*

Additionally, we would ask that all such responses be substantively completed by the Opt-in Plaintiffs as a number of the current responses are rote or blanket responses which are not truly responsive. Examples of this are the responses to a request for witness information. The responses indicated that every employee was a witness, without providing specific information about which witnesses that Plaintiff had personal knowledge. *denied DAB 10/8/10*

Finally, Plaintiffs have consistently objected to discovery of any information or documents relating to Plaintiffs' tax returns. These we believe would be extremely useful in determining whether Plaintiffs maintained records of the cash tips which were not part of their paychecks from Defendants. This would also support several arguments for Defendants' decertification motion. As such, we would ask that these objections be ruled on by the Court. *denied DAB 10/8/10*

**SO ORDERED**

*Deborah A. Batts*  
UNITED STATES DISTRICT JUDGE 10/8/10

**MEMO ENDORSED**