Paul P. Rooney
Amanda M. Fugazy
FUGAZY & ROONEY LLP
126 Glen Street
Glen Cove, New York 11542
(516) 584-1642 (tel.)
Email: prooney@egsllp.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
JUAN ALONSO, ABELARDO ARIAS, JAIME LOPEZ,
RON MENIN, LUIS NARANJO, HECTOR OLVERA, PEDRO
ORTIZ, LEONARDO PRIETO, ARKADY SHTEYNBERG,
VICTOR SOLIS, ALEJANDRO TORRES, LUIS XURUC,
and IVAN ZAPATA, on behalf of themselves and all others
similarly situated,

      Plaintiffs,

    -against-

UNCLE JACK'S STEAKHOUSE, INC., UNCLE JACK'S
OF BAYSIDE, INC., UNCLE JACK'S STEAKHOUSE
FRANCHISE, INC., UNCLE JACK'S STEAKHOUSE
MIDTOWN, INC., WILLIAM J. DEGEL, THOMAS
CARPENTER, AND DENNIS BOROSOWSKI,

      Defendants.

-------------------------------------------------------------------------------X

08 Civ. 7813 (LAP)

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION AND FLSA COLLECTIVE ACTION SETTLEMENT**

   PLEASE TAKE NOTICE, that, on May 15, 2014 at 2:00 p.m., at the Courthouse at 500 Pearl Street, New York, New York, in Courtroom 12A, Plaintiffs will move this Honorable Court, upon the Affirmation of Paul P. Rooney, dated April 30, 2014, and upon their supporting memorandum of law, for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b): (i) approving the settlement of the class action in this case; (ii) approving settlement of the collective action brought pursuant to The Fair Labor Standard Act; (iii) ordering the Claim Administrator to distribute the settlement funds in accordance with the

{00298214.DOCX.1}

terms of the parties' settlement agreement; and (iv) maintaining jurisdiction over this matter for purposes of administering the settlement.

                Respectfully submitted,

                FUGAZY & ROONEY  LLP

                By:_____/S/_____
                      Paul P. Rooney
                      Amanda M. Fugazy
                126 Glen Street
                Glen Cove, New York 11542
                (516) 584-1642 (tel.)
                Email: prooney@egsllp.com
                *Attorneys for Plaintiffs*

Dated: April 30, 2014
       Glen Cove, New York

{00298214.DOCX.1}