Paul P. Rooney
Amanda M. Fugazy
FUGAZY & ROONEY  LLP
126 Glen Street
Glen Cove, New York 11542
(516) 584-1642 (tel.)
Email: prooney@egsllp.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
JUAN ALONSO, ABELARDO ARIAS, JAIME LOPEZ,
RON MENIN, LUIS NARANJO, HECTOR OLVERA, PEDRO
ORTIZ, LEONARDO PRIETO, ARKADY SHTEYNBERG,
VICTOR SOLIS, ALEJANDRO TORRES, LUIS XURUC,
and IVAN ZAPATA, on behalf of themselves and all others
similarly situated,

                       Plaintiffs,

                   -against-

UNCLE JACK'S STEAKHOUSE, INC., UNCLE JACK'S
OF BAYSIDE, INC., UNCLE JACK'S STEAKHOUSE
FRANCHISE, INC., UNCLE JACK'S STEAKHOUSE
MIDTOWN, INC., WILLIAM J. DEGEL, THOMAS
CARPENTER, AND DENNIS BOROSOWSKI,

                    Defendants.

-------------------------------------------------------------------------------X

08 Civ. 7813 (LAP)

**NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND DISBURSEMENTS**

      PLEASE TAKE NOTICE, that, on May 15, 2014 at 2:00 p.m., at the Courthouse at 500

Pearl Street, New York, New York, in Courtroom 12A, Plaintiffs will move this Honorable

Court, upon the Affirmation of Paul P. Rooney, dated April 30, 2014, and upon their supporting

memorandum of law, for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure

and 29 U.S.C. § 216(b):

{00298215.DOCX.1}

(i)        approving an award of attorneys' fees to Plaintiffs' counsel Fugazy & Rooney

           LLP; and

(ii)       approving reimbursement of Fugazy & Rooney's out-of-pocket expenses; and

(iii)      approving payment of the Claims Administrator.

                                        Respectfully submitted,

                                        FUGAZY & ROONEY  LLP

                                        By:_____/S/_____
                                               Paul P. Rooney
                                               Amanda M. Fugazy
                                        126 Glen Street
                                        Glen Cove, New York 11542
                                        (516) 584-1642 (tel.)
                                        Email: prooney@egsllp.com
                                        *Attorneys for Plaintiffs*

Dated: April 30, 2014
       Glen Cove, New York

{00298215.DOCX.1}